UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASO, LLC ET AL,

Plaintiffs,

-against-

BEN JAMIL ET AL,

Defendants.

25 Civ. 9770 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Second Circuit having issued an Order that the appeal is dismissed (ECF No. 25), it is ORDERED that this action be remanded to New York Supreme Court, Westchester County for further proceedings per this Court's February 20, 2026 Order at ECF No. 16.

The Clerk of Court is respectfully directed to remand this matter to New York Supreme Court, Westchester County, to close the case, and to mail a copy of this order to pro se Defendant Ben Jamil at the address listed on ECF and to show service on the docket.

SO ORDERED.

Dated: August 3, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge